UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**VUBEOLOGY, INC.; and DOES 1-10,**<br><br>　　　　　　　　　Defendants. | CAUSE NO. A-19-CV-00805-LY<br><br>JOINT STATUS REPORT |

　　　　As required by the Court's order dated September 9, 2019 (Document 169), the undersigned parties hereby submit the following status report concerning the related bankruptcy proceeding. See Bankruptcy Petition #19-11204-hcm (W.D. Tex. U.S. Bankruptcy Court).

　　　　On September 20, 2019, the Bankruptcy Court entered an Order Setting Proof of Claims Bar Date (Document 6), which fixed the last date for filing proofs of claim as December 18, 2019. On October 14, 2019, the meeting of creditors was held.

　　　　Other than the activities reported above, no significant activity has been conducted in the above-referenced bankruptcy case.

　　　　DATED:　　　December 13, 2019

　　　　　　　　　　　　　　　　　　　LANE POWELL PC


　　　　　　　　　　　　　　　　　　　By _s/Brian G. Bodine_
　　　　　　　　　　　　　　　　　　　　　Brian G. Bodine, WSBA No. 22414
　　　　　　　　　　　　　　　　　　　　　 (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　bodineb@lanepowell.com
　　　　　　　　　　　　　　　　　　　　　Facsimile: 206.223.7107
　　　　　　　　　　　　　　　　　　　1420 Fifth Avenue, Suite 4200
　　　　　　　　　　　　　　　　　　　P.O. Box 91302
　　　　　　　　　　　　　　　　　　　Seattle, WA  98111-9402
　　　　　　　　　　　　　　　　　　　Telephone: 206.223.7000
　　　　　　　　　　　　　　　　　　　Facsimile: 206.223.7107

Attorneys Defendant for Vubeology, Inc.

LISTON ABRAMSON LLC

By: *s/Ari Jason Jaffess*
    Ari Jason Jaffess (admitted pro hac vice)
405 Lexington Ave., 62nd Floor
New York, NY 10074
Email: ari.jaffess@listonabramson.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I verify by my signature below that a true and correct copy of the foregoing document has been forwarded on via U.S. Postal Service, first-class, pre-paid postage to each party listed below on December 13, 2019 and on each party receiving notice through the Court's electronic noticing system.

    *s/Patti Lane*
    Patti Lane, Legal Assistant

David G. Liston (ECF only)
Lewis Baach Kaufmann Middlemiss, PLLC
405 Lexington Ave., 62nd Floor
New York, NY 10074
Email: david.liston@lewisbaach.com

Matt Dow (ECF only)
Jackson Walker, LLP
100 Congress Ave.
Suite 1100
Austin, TX 78701

Ronald Abramson (ECF only)
Lewis Baach Kaufmann Middlemiss, PLLC
405 Lexington Ave., 62nd floor
New York, NY 10174
Email: ronald.abramson@lewisbaach.com

Ari Jason Jaffess (ECF only)
Liston Abramson, LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174

Mord Michael Lewis (ECF only)
Liston Abramson, LLC
405 Lexington Ave., 46th Floor
New York, NY 10174

Justin Taylor Quinn (ECF Only)
Robinson Miller, LLC
IRONSIDE NEWARK
110 Edison Place, Suite 302
Newark, NJ 07102

127144.0006/7780790.1