IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WAG ACQUISITION, LLC, | § | |
|             PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-19-CV-00805-LY |
| | § | |
| VUBEOLOGY, INC., | § | |
| AND DOES 1-10, | § | |
|             DEFENDANTS. | § | |

## ORDER

Before the court in the above styled patent-infringement action, is the parties' Joint Status Report filed December 13, 2019 (Clerk's Document No 170). This periodic status report informs the court that the related bankruptcy proceedings continue, that the meeting of creditors was held on October 14, 2019, and the last date for filing proofs of claims is set for December 18, 2019. *See In re StreamMe, Inc.*, No. 19-11204-HCM (Bankr. W.D. Tex. filed Sept. 6, 2019). Having considered the parties' Joint Status Report filed December 13, 2019,

**IT IS ORDERED** that the automatic stay of proceedings imposed under bankruptcy law remains in effect. *See* 11 U.S.C. § 362.

**IT IS FURTHER ORDERED** that the parties inform the court of any significant developments in the bankruptcy proceeding and file a second periodic status report regarding the status of the bankruptcy proceeding **on or before March 20, 2020.**

SIGNED this 18th day of December, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE