IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WAG ACQUISITION, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-19-CV-00805-LY |
| | § | |
| VUBEOLOGY, INC., | § | |
| AND DOES 1-10, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is the above styled patent-infringement action. The parties were to have filed a status report regarding the status of the related bankruptcy proceeding on or before March 20, 2020. To date, no status report has been filed. Therefore,

**IT IS ORDERED** that the automatic stay of proceedings imposed under bankruptcy law remains in effect. *See* 11 U.S.C. § 362.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report regarding the status of the related bankruptcy proceeding **on or before April 16, 2021.**

SIGNED this _18th_ day of March, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE