# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| WAG ACQUISITION, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION NO. 1:19-cv-00805 <br> VUBEOLOGY, INC., § <br> AND DOES 1-10, § <br> § <br> Defendants. § | |

**PLAINTIFF'S STATUS REPORT AND MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW Plaintiff, WAG Acquisition, LLC, and, pursuant to this Court's Order [Doc. 172], files this Status Report and Motion to Dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

The related bankruptcy matter is now closed. Vubeology, Inc. was dissolved in bankruptcy and no longer exists as a company. The undersigned understands that none of Vubeology's counsel of record represent the now defunct company More importantly, and pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff asks the Court to dismiss this case without prejudice.

28616707v.1

Respectfully Submitted,

**JACKSON WALKER L.L.P.**

*/s/ Matt Dow*
Matt Dow
Texas Bar No. 06066500
mdow@jw.com
100 Congress Avenue, Suite 1100
Austin, TX 78701
Phone: (512) 236-2230
Fax: (512) 391-2113


**LISTON ABRAMSON LLC**

*/s/ Ari Jason Jaffess*
Ari Jason Jaffess (admitted pro hac vice)
ari.jaffess@listonabramson.com
405 Lexington Avenue, 62nd Floor
New York, NY 10074
Phone: (212) 257-1631


*Counsel for Plaintiff, WAG Acquisition, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's ECF system on the 15th day of April, 2021. Any counsel not registered to receive electronic notices will receive a copy via electronic mail.

*/s/ Matt Dow*
Matt Dow